### In re ALEXANDER.

*(Supreme Court, General Term, First Department. January 28, 1889.)*

Appeal from special term, New York county.
Motion by Annie N. Alexander to reduce an assessment to the extent which it is alleged to exceed the limitation fixed by statute. Motion denied, and applicant appeals.
Argued before VAN BRUNT, P. J., and BRADY and MACOMBER, JJ.
*James A. Deering*, for appellant. *George L. Sterling*, for respondent.

VAN BRUNT, P. J. For the reasons assigned in the opinion in *Re Wheelock, ante*, 890, (herewith decided,) the order appealed from in this case must be affirmed, with costs. All concur.